# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAWRENCE A. TAYLOR,** | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 3:16-2030 |
| **DAVID EBBERT, et al.,** | : (JUDGE MANNION) |
| Defendants | : |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The motion to proceed in forma pauperis (Doc. 8) is **GRANTED**.

(2) On or before April 14, 2017, Plaintiff shall file an amended complaint in compliance with Fed. R. Civ. P. 20 and the accompanying memorandum. His failure to do so will result in the court proceeding only on Count 1 of the original complaint.

(3) The Clerk of Court is directed to issue an Administrative Order in this matter.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:   March 20, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2030-01 order.wpd